AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00141 |
| Andrew Ryan Bennett | ) Assigned to: Judge Robin M. Meriweather |
| | ) Assign Date: 1/21/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Andrew Ryan Bennett                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)(2)(3) and (4) - Knowingly Entering or Remaining in a physical violence against any person or property in any restricted building or grounds without lawful authority

40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly Conduct on Capitol Grounds

Date: 01/21/2021

*Issuing officer's signature*

City and state:  Washington, DC          Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/21/2021, and the person was arrested on *(date)* 01/26/2021
at *(city and state)* Washington, DC.

Date: 01/26/2021

*Arresting officer's signature*

Jan Topoleski - Special Agent
*Printed name and title*