

U.S. Department of Justice

Michael R. Sherwin
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 5, 2021

Carlos J. Vanegas
FPDS
625 Indiana Ave, NW, Suite 500
Washington, DC 20004

Dear Counsel,

                RE:    *U.S. v. Andrew Bennett*
                         Case No. 21-mj-141 (RMM)

Pursuant to your discovery request in the above-referenced case, the following materials are being provided to you via the USAfx file-sharing system:

1. Criminal complaint, dated 1/21/2021, 1 page;
2. Arrest warrant, dated 1/21/2021, 2 pages;
3. Statement of facts, dated 1/21/2021, 4 pages;
4. FBI 302 re: interview of Andrew Bennett, dated 1/15/2021, 4 pages;
5. Cellebrite extraction report of Andrew Bennett's phone, 12,038 pages;
6. Facebook emergency search warrant return:
   - Facebook business records, 4 pages;
   - Facebook business records, 60 pages;
   - Zip file containing 54 files of photos and videos;

1

7. Facebook search warrant return:
   - Facebook business records, 2,606 pages;
   - Folder containing 387 photos and videos;
   - 4 videos;
   - Zip file containing 385 photos and videos;
   - Facebook certificate of authenticity, dated 1/7/2021, 1 page.

Thank you in advance for your attention to this matter. If you have questions or concerns, contact me at your convenience.

Sincerely,

MICHAEL R. SHERWIN
Acting United States Attorney

By: \_\_\_/s/_____
Nihar R. Mohanty
Assistant United States Attorney
555 4th Street, NW, Suite 4120
Washington, D.C. 20530
(202) 252-7700 (office)
Nihar.Mohanty@usdoj.gov

2